NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-904

STATE OF LOUISIANA

VERSUS

SHANE DEMARCUS LEMONS

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 274,005
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, and John D. Saunders and Oswald A. Decuir, Judges.

CONVICTION AND SENTENCE AFFIRMED.

James C. Downs
District Attorney
Monique Y. Metoyer
Assistant District Attorney
P.O. Drawer 1472
Alexandria, LA 71301
(318) 473-6650
Counsel for Plaintiff/Appellee:
     State of Louisiana

Mary Constance Hanes
Louisiana Appellate Project
P. O. Box 4015
New Orleans, LA 70178-4015
(504) 866-6652
Counsel for Defendant/Appellant:
     Shane Demarcus Lemons

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant:**
      **Shane Demarcus Lemons**

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
      **Shane Demarcus Lemons**

**Shane Demarcus Lemons**
**In proper person**
**Louisiana State Penitentiary**
**Angola, LA 70712**